# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LARRY FLENOID, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:20-cv-00488-CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a motion for leave to proceed in forma pauperis filed by movant Larry Flenoid. (Docket No. 6). The motion has been filed in conjunction with a document submitted to the Court that has been construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Docket No. 1). However, there is no filing fee for a 28 U.S.C. § 2255 motion. *See* Rule 3, Advisory Committee Notes of the Rules Governing Section 2255 Proceedings for the United States District Courts ("There is no filing fee required of a movant under these rules…[t]his is…done to recognize specifically the nature of a § 2255 motion as being a continuation of the criminal case whose judgment is under attack"). Moreover, the Court denied and dismissed movant's § 2255 motion as successive on April 14, 2020. (Docket No. 5). For these reasons, the motion for leave to proceed in forma pauperis will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for leave to proceed in forma pauperis (Docket No. 6) is **DENIED AS MOOT**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2020.