# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LARRY FLENOID, | ) |
|       Movant, | ) ) ) |
| v. | )    No. 4:20-cv-00488-CDP |
| UNITED STATES OF AMERICA, | ) ) ) ) |
|       Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant Larry Flenoid's motion for reconsideration of the dismissal of his "Motion Pursuant to United States Constitution Article III §2 cl.1; 28 U.S.C. § 1331 or in the Alternative 28 U.S.C. § 1651(a) 'The All Writs Act,'" which the Court construed as a successive 28 U.S.C. § 2255 motion to vacate, dismiss, or set aside sentence. (Docket No. 9). After reviewing the grounds raised by movant, the Court will decline to alter or amend its judgment. The Court concludes that movant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits the arguments raised in his initial filing. Movant is therefore not entitled to reconsideration of the dismissal of his § 2255 motion, and his motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration (Docket No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2020.