**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LARRY FLENOID, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:20-cv-00488-CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on movant Larry Flenoid's "Motion Seeking Evidentiary Hearing Pursuant [to] 28 U.S.C. § 2255(f)(3)." (Docket No. 17). In the motion, movant seeks relief under *Wooden v. United States*, 142 S.Ct. 1063 (2022).

The Court notes that movant initiated this case by filing a motion on April 6, 2020, that was construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Docket No. 1). The Court denied and dismissed the motion as successive on April 14, 2020. (Docket No. 4; Docket No. 5). Movant filed a motion for reconsideration, which the Court denied, whereupon he filed a notice of appeal. (Docket No. 9; Docket No. 10; Docket No. 11). The United States Court of Appeals summarily affirmed the Court's judgment on August 19, 2020, and issued its mandate on October 8, 2020. *Flenoid v. United States*, No. 20-2028 (8th Cir. 2020).

In the instant motion, movant once again seeks relief under 28 U.S.C. § 2255. As explained in the Court's earlier memorandum and order, before he can bring a successive § 2255 motion in this Court, he must receive authorization from the United States Court of Appeals for the Eighth Circuit. Movant has not sought and received such authorization. Therefore, the motion must be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that movant's "Motion Seeking Evidentiary Hearing Pursuant [to] 28 U.S.C. § 2255(f)(3)" (Docket No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 23rd day of March, 2022.

                                                            _____
                                                            CATHERINE D. PERRY
                                                            UNITED STATES DISTRICT JUDGE